IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY BATCHELAR, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| CAROLYN W. COLVIN, | * | No.  2:12CV00072-JJV |
| Acting Commissioner, | * | |
| Social Security Administration | * | |
| | * | |
| Defendant. | * | |

## ORDER

Before the Court is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Commissioner responded and offered no objection to the fees requested.  So, after careful consideration of the Motion and Response, the Court finds:

1. The hours spent by counsel were reasonable.  Therefore the Court approves attorney fees and costs in the amount of  $2,210.35 (10 attorney hours at $181 per hour, 5.10 paralegal hours at $75 per hour, and $17.85 in expenses).

2. The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but is subject to any offset to satisfy any pre-existing debt owed to the United States.  *Astrue v. Ratliff*, 560 U.S. 586 (2010).

3. Defendant shall certify said award and pay this amount.

IT IS SO ORDERED this <u>7th</u> day of November, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1